**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MICHAEL LAURETTI, individually and on
behalf of all others similarly situated,

                       Plaintiff,

              - against -

WORLD ALLIANCE FINANCIAL CORP.,
d/b/a Senior Lending Netowrk,

                     Defendant.
-----------------------------------------------------------X

**ORDER**

CV 09-601 (ADS) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      Attorneys Terrence Buehler and Jeffrey J. Halldin are permitted to argue or try this case in whole or in part as counsel or advocate. By August 26, 2009, Mr. Buehler and Mr. Halldin shall each register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Buehler and Mr. Halldin shall file notices of appearance and ensure that they receive electronic notification of activity in this case. Mr. Buehler and Mr. Halldin shall also ensure that their $25 admission fees are submitted to the Clerk's Office.

                                                                                         **SO ORDERED.**

Dated:  Central Islip, New York
          August 12, 2009

                                                                 /s/ A. Kathleen Tomlinson
                                                                  A. KATHLEEN TOMLINSON
                                                                  U.S. Magistrate Judge